**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Miguel López Forastier

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T  +1 202 662 5185
mlopezforastier@cov.com

**Via ECF and Hand Delivery**                    January 31, 2018

Office of the Clerk
Attn:  Ms. Angela D. Cesar
United States District Court
for the District of Columbia
333 Constitution Ave., NW
Washington, D.C. 20001

Re:   Request for Service of Process on Defendant Bolivarian Republic of Venezuela in *Tidewater Investment SRL, et al. v. Bolivarian Republic of Venezuela*, No. 1:17-cv-01457-TJK

Dear Ms. Cesar:

I write on behalf of Tidewater Investment SRL and Tidewater Caribe, C.A. ("Plaintiffs") to request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service in the above-captioned case on the Bolivarian Republic of Venezuela ("Defendant").

As explained in the Declaration of Miguel López Forastier Regarding Service Attempts attached as Exhibit A, attempts to serve Defendant under 28 U.S.C. §§ 1608(a)(1)-(3) have proven unsuccessful or are unavailable.  Specifically:

1. Service under 28 U.S.C. § 1608(a)(1) is unavailable in this case, as Plaintiffs and Defendant do not have any "special arrangement for service;"

2. Service under 28 U.S.C. § 1608(a)(2) has proven unsuccessful, as the Venezuelan Central Authority has ignored Plaintiffs' efforts to serve Defendant under the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"); and

3. Service under 28 U.S.C. § 1608(a)(3) is unavailable because the Defendant objected to service by mail when it acceded to the Hague Convention.

Accordingly, Plaintiffs request that the Clerk dispatch the alternative means of service provided for under 28 U.S.C. § 1608(a)(4), which applies when "service cannot be made within 30 days" under 28 U.S.C. § 1608(a)(3).

As provided in 28 U.S.C. § 1608(a)(4), the Clerk of the Court shall send two copies of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign State (in this case a Spanish translation), "by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the Secretary of State

**COVINGTON**

January 31, 2018
Page 2

in Washington, District of Columbia, to the attention of the Director of Special Consular Services." The Secretary of State shall then take steps to effect service through diplomatic channels.

Pursuant to 28 U.S.C. § 1608(a)(4), I have enclosed: (i) two copies of the Summons, (ii) two copies of the Complaint and related exhibits, (iii) two copies of the Notice of Suit, (iv) two copies of all other documents filed when the case was opened, (v) two copies of each document translated into Spanish, the official language of the Bolivarian Republic of Venezuela; and (vi) a check for $2,275 payable to the U.S. Department of State.

Please take the necessary steps to dispatch these materials to effect service on Defendant pursuant to 28 U.S.C. § 1608(a)(4) by delivering these documents to:

U.S. Department of State
Office of Legal Affairs (CA/OCS/L)
SA-17, 10th Floor
2201 C Street, N.W.
Washington, DC 20522-1710

For your convenience, I have enclosed an addressed envelope, for your use in transmitting the documents.

Sincerely,

*/s/ Miguel López Forastier*

Miguel López Forastier
*Counsel for Plaintiffs*

Enclosures