## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TIDEWATER INVESTMENT SRL and
TIDEWATER CARIBE, C.A.,

*Plaintiffs and Arbitration Award Creditors*,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

*Defendant and Arbitration Award Debtor.*

No. 1:17-cv-01457-TJK

### PLAINTIFFS TIDEWATER INVESTMENT SRL AND TIDEWATER CARIBE, C.A.'S REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO RULE 58(D) AND STATEMENT OF POINTS OF LAW AND AUTHORITY IN SUPPORT THEREOF

Pursuant to Rule 58(d) of the Federal Rules of Civil Procedure, Plaintiffs and Arbitration Award Creditors Tidewater Investment SRL and Tidewater Caribe, C.A. (collectively, "Tidewater") request that the judgment of the Court, as set forth in the Memorandum Opinion (ECF No. 21, attached as Exhibit A hereto) and Order (ECF No. 20, attached as Exhibit B hereto) entered on December 17, 2018, be set out in a separate document as required by Rule 58(a).

By Memorandum Opinion dated December 17, 2018 (Exhibit A), the Court "grant[ed] Tidewater's motion for default judgment," and by Order of the same date (Exhibit B), the Court "ORDERED that . . . [j]udgment shall be ENTERED for Plaintiffs (1) in the amount of $36,397,000 plus interest accruing at the rate of 4.5% per annum compounded quarterly from May 8, 2009, to the date of payment; and (2) in the amount of $2,500,000 less 30% of the total costs of the *ad hoc* Committee and of ICSID in conducting the annulment proceedings, as determined by the ICSID Secretariat."

"Every judgment and amended judgment must be set out in a separate document." Fed. R. Civ. P. 58(a). "[U]nless the court orders otherwise, the clerk must, without awaiting the court's

direction, promptly prepare, sign, and enter the judgment when," as here, "the court awards only costs or a sum certain." Fed. R. Civ. P. 58(b)(1)(B).  To date, the Clerk has not entered a separate document captioned "Judgment" in this case.

Accordingly, pursuant to Rule 58(d), Tidewater respectfully requests that the Court's judgment in this case be set out in a separate document captioned "Judgment."  Tidewater will serve a copy of the judgment, after it is entered, on the Bolivarian Republic of Venezuela in accordance with 28 U.S.C. § 1608(e).

Respectfully submitted,

/s/ Miguel López Forastier
MIGUEL LÓPEZ FORASTIER
D.C. Bar No. 464654
mlopezforastier@cov.com
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, D.C.  20001
Tel:  202-662-5185
Fax:  202-778-5185

*Attorney for Plaintiffs and Arbitration Award Creditors*

January 24, 2019